**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tommy MOFFITE, Defendant–
Appellant.**

No. 03–61084.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 6, 2004.

Richard Terrell Starrett, Assistant U.S. Attorney, Giles Wood Bond, Jr., Assistant U.S. Attorney, Jackson, MS, for Plaintiff–Appellee.

Tommy Moffite, Springfield, MO, pro se.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

The appointed appellate attorney for defendant-appellant Tommy Moffite has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Moffite has not responded to counsel's motion. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal.

Accordingly, counsel's motion for leave to withdraw is GRANTED and counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.